IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

    Plaintiff,                           No. CIV S-07-0200 WBS DAD P

    vs.

PURCELL, R.N., et al.,

    Defendants.                  ORDER

/

On March 29, 2007, plaintiff filed a request for reconsideration of the magistrate judge's orders filed January 31, 2007 and March 15, 2007, denying class certification and injunctive relief. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order filed January 31, 2007 is therefore untimely. With regard to the magistrate judge's order filed March 15, 2007, pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

1

        Therefore, IT IS HEREBY ORDERED that:

        1.  Plaintiff's March 29, 2007 request for reconsideration of the magistrate judge's order filed January 31, 2007 is denied; and

        2. Upon reconsideration, the order of the magistrate judge filed March 15, 2007 is affirmed.

DATED:  April 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bufo0299.850.851