IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

    Plaintiff,                    No. CIV S-07-0200 WBS DAD P

   vs.

PURCELL, R.N., et al.,

    Defendants.          ORDER

_____/

        Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of January 31, 2007. The request will be granted. Plaintiff is also cautioned that he must pay the filing fee of $350.00 in order for this action to proceed. See 28 U.S.C. § 1915(g).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 25, 2007 motion for an extension of time is granted; and

/////
/////
/////
/////
/////

1

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and to submit the filing fee.  No further extension of time will be granted for this purpose.

DATED: May 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
bufo0200.36sec

2