IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

    Plaintiff,                    No. CIV S-07-0200 WBS DAD P

    vs.

R.N. PURCELL, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 15, 2007.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
bufo0200.59